ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Raytheon Company | ) | ASBCA Nos. 57576, 57679 |
| | ) | 58290, 60137 |
| | ) | |
| Under Contract Nos. FA8807-06-C-0004 | ) | |
| N00019-06-C-0310 | ) | |
| W900KK-07-D-0001 | ) | |
| NOO104-08-G-A300 | ) | |
| N00383-05-G-500H | ) | |
| W15P7T-07-C-M204 | ) | |
| W15P7T-08-P203 | ) | |

APPEARANCES FOR THE APPELLANT:     Paul E. Pompeo, Esq.
                                   Lauren J. Schlanger, Esq.
                                     Arnold & Porter LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                     DCMA Chief Trial Attorney
                                   Stephen R. Dooley, Esq.
                                     Senior Trial Attorney
                                   Alexander M. Healy, Esq.
                                   Kathleen P. Malone, Esq.
                                     Trial Attorneys
                                     Boston, MA

ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 180 days of the date of this Order.

Dated: 12 October 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57576, 57679, 58290, 60137, Appeals of Raytheon Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals